FILED
UNITED STATES DISTRICT COURT CLERKS OFFICE

DISTRICT OF MASSACHUSETTS 2005 MAR 22 A 11: 58

| | |
|---|---|
| DENISE M. BARRY and<br>JANE B. GREEN,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT J. MORAN; PAUL A.<br>CHRISTIAN; WILLIAM KESSLER;<br>WILLIAM HITCHCOCK; CITY OF<br>BOSTON FIRE DEPARTMENT, and<br>JOHN and/or JANE DOES 1-50,<br><br>Defendants. | CIVIL NO. 05-10528-RCL COURT<br>DISTRICT OF MASS.<br><br>PLAINTIFFS' EX PARTE MOTION<br>FOR ORDER SHORTENING<br>TIME FOR HEARING ON<br>PLAINTIFFS' MOTION FOR<br>PRELIMINARY INJUNCTION |

PLAINTIFFS' EX PARTE MOTION FOR
ORDER SHORTENING TIME FOR HEARING ON
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

COMES NOW Plaintiffs Denise M. Barry and Jane B. Green, by and through their undersigned counsel and respectfully moves this honorable court, pursuant to Rule 7 of the Federal Rules of Civil Procedure, to set a hearing at the Court's earliest opportunity on Plaintiffs' Motion for Preliminary Injunction. This motion is based upon the attached affidavit of counsel and the pleadings and files herein, courtesy copies of which are submitted herewith.

Respectfully submitted,
Plaintiffs Denise M. Barry and Jane B. Green
By their attorney,

_Thomas F. Feeney_
Thomas F. Feeney, BBO # 645605
THOMAS F FEENEY, COUNSELLOR AT LAW
39 Sheafe Street, Suite 1
Chestnut Hill, Massachusetts 02467
Tel.: (617) 277-5750
Fax: (617) 277-5751

DATED: 22 March 2005