UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10528-RCL

DENISE M. BARRY and JANE B. GREEN,
    Plaintiffs,

v.

ROBERT J. MORAN, PAUL A. CHRISTIAN, WILLIAM KESSLER, WILLIAM HITCHOCK, CITY OF BOSTON FIRE DEPARTMENT, and JOHN and/or JANE DOES 1-50.
    Defendants.

## OPPOSITION OF DEFENDANTS CITY OF BOSTON AND PAUL A. CHRISITAN TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION.

NOW COME the City of Boston ("City") and Paul A. Christian ("Chrisitan") Defendants in the above-entitled action, and hereby oppose the Plaintiff's Motion for Preliminary Injunction.

As grounds therefore, the City and Christian state that:

1. The Plaintiffs have a low likelihood of success on the merits of this litigation;

2. There is not a significant risk of irreparable harm absent the injunctive relief sought; and,

3. The balance of hardships resulting from the injunctive relief sought weighs in the City's and Christian's favor, and granting the injunctive relief sought would be contrary to the public interest.

In support of their opposition, the City and Christian submit the attached Memorandum of Law.

Respectfully submitted,

DEFENDANTS, PAUL A. CHRISTIAN and CITY OF BOSTON,

Merita A. Hopkins
Corporation Counsel

By their attorneys:

James M. Chernetsky
Assistant Corporation Counsel
(617) 635-4048
BBO# 638152
Helen G. Litsas
Assistant Corporation Counsel
(617) 635-4023
BBO# 644848
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of this document was served upon counsel of record for the Plaintiffs via U.S. Mail to 39 Sheafe Street, Suite 1, Chestnut Hill, MA 02467, and via facsimile to 617-277-5751.

4-4-05
Date