UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE M. BARRY and JANE B. GREEN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ROBERT J. MORAN; PAUL A. ) <br> CHRISTIAN; WILLIAM KESSLER; ) <br> WILLIAM HITCHCOCK; CITY OF ) <br> BOSTON FIRE DEPARTMENT, and ) <br> JOHN and/or JANE DOES 1-50, ) <br> ) <br> Defendants. ) <br> ) | CIVIL NO. 05-10528 RCL |

## ACCEPTANCE OF SERVICE OF PROCESSS OF FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF, INJUNCTIVE RELIEF, AND DAMAGES

The undersigned, James M. Chernetsky, Assistant Corporation Counsel for the City of Boston, hereby is authorized and does accept service of process of Plaintiffs' Complaint and Summons, and First Amended Complaint for Declaratory Relief, Injunctive Relief, and Damages filed herein for the City of Boston Fire Department, and Defendants Robert J. Moran, Paul A. Christian, William Kessler, and William Hitchcock, in both their individual and official capacities.

ALL DEFENDANTS WILL FILE RESPONSIVE PLEADINGS BY APRIL 25, 2005.

DATED: 4 April 2005

James M. Chernetsky (BBO # 638152)