UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10528-RCL

DENISE M. BARRY and JANE B. GREEN,
    Plaintiffs,

v.

ROBERT J. MORAN, PAUL A. CHRISTIAN, WILLIAM KESSLER, WILLIAM HITCHOCK,CITY OF BOSTON FIRE DEPARTMENT, and JOHN and/or JANE DOES 1-50.
    Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as an attorney of record for the following defendants in the above-entitled action: City of Boston Fire Department, Robert Moran, William Hitchcock, and Paul A. Christian.

    Respectfully submitted,
    DEFENDANT, CITY OF BOSTON
    Merita A. Hopkins
    Corporation Counsel
    By its attorney:

    /s/ Helen G. Litsas
    _____
    Helen G. Litsas, BBO#644848
    Assistant Corporations Counsel
    City of Boston Law Department
    Room 615, City Hall
    Boston, MA 02201
    (617) 635-4023