CERTIFICATE OF SERVICE

      I hereby certify that on this day, a copy of a Notice of Appearance was served upon counsel of record for the Plaintiffs via U.S. Mail to 39 Sheafe Street, Suite 1, Chestnut Hill, MA 02467.

| | |
|---|---|
| 4/5/05 | /s/ Helen G. Litsas |
| Date | Helen G. Litsas |