UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 APR -4  P 4: 35

DISTRICT OF MASS.

| | |
|---|---|
| DENISE M. BARRY and<br>JANE B. GREEN,<br><br>        Plaintiffs,<br><br>vs.<br><br>ROBERT J. MORAN; PAUL A. CHRISTIAN; WILLIAM KESSLER; WILLIAM HITCHCOCK; CITY OF BOSTON FIRE DEPARTMENT, and JOHN and/or JANE DOES 1-50,<br><br>        Defendants. | CIVIL NO. 05-10528 RCL |

## VERIFICATION OF FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF, INJUNCTIVE RELIEF, AND DAMAGES

The undersigned, Denise Barry and Jane Green., on this 4th Day of April 2005, hereby verifies, affirms, and swears, under the pains and penalties of perjury, that the allegations contained in the First Amended Complaint for Declaratory Relief, Injunctive Relief, and Damages, attached hereto, are true and correct and based upon our respective personal knowledge, unless otherwise indicated.

_____
Denise Barry

_____
Jane Green

### Certificate of Service

I, Thomas F. Feeney, hereby certify that the foregoing document was served upon counsel for the named Defendants in this matter on the 4th day of April 2005 by Hand Delivery.

_____