

# CITY OF BOSTON
## LAW DEPARTMENT
City Hall, Room 615
Boston, MA 02201

FILED
CLERKS OFFICE

2005 APR -6  P 2: 23

DISTRICT COURT
April 5, 2005  DIST. MASS

THOMAS M. MENINO
*Mayor*

MERITA A. HOPKINS
*Corporation Counsel*

Don Stanhope
Civil Clerk's Office
U.S. District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Mr. Stanhope:

    We are writing to inform you that yesterday, the Defendants electronically filed an *Opposition to Plaintiffs' Motion for Preliminary Injunction* and a supporting *Memorandum in Opposition*. Because the Motion for Preliminary Injunction was originally filed in Massachusetts Superior Court prior to removal, the Motion for Preliminary Injunction was not designated as a separate electronic link. Accordingly, we electronically filed and linked our opposition to the most appropriate document link, Document 6, the Motion for Order re: Plaintiffs' Motion for Preliminary Injunction. Enclosed please find copies of this electronic transaction.

    Should you have any questions, please do not hesitate to contact us. Thank you for your time and consideration.

Sincerely,

Helen G. Litsas
James M. Chernetsky
Assistant Corporation Counsels
(617) 635-4048 (Helen)
(617) 635-4048  (Jim)

Enclosures
cc: Thomas F. Feeney, Esq.
    39 Sheafe Street, Suite 1
    Chestnut Hill, MA 02467

TEL.: (617) 635-4034 FAX: (617) 635-3199



## Responses and Replies
1:05-cv-10528-RCL Barry et al v. Moran et al

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Chernetsky, James entered on 4/4/2005 at 5:31 PM EDT and filed on 4/4/2005

**Case Name:** Barry et al v. Moran et al
**Case Number:** 1:05-cv-10528
**Filer:** The City of Boston Fire Department
Paul A. Christian

**Document Number:** 6

**Docket Text:**
MEMORANDUM in Opposition re [2] MOTION for Order *re: Plaintiff's Motion for Preliminary Injunction* filed by Paul A. Christian, The City of Boston Fire Department. (Chernetsky, James)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=4/4/2005] [FileNumber=920223-0]
[95d76357ef4988b48bce148de6982371b9aeffb7b83f8fa57d763c99c089cd06fb50f
03d0ad597398a2fe79275d41a42e9d0659727a4ff64a00ef38cf475a819]]

**1:05-cv-10528 Notice will be electronically mailed to:**

James M. Chernetsky    james.chernetsky@cityofboston.gov

**1:05-cv-10528 Notice will not be electronically mailed to:**

Thomas F. Feeney
39 Sheafe Street
Suite 1
Chestnut Hill, MA 02467