UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DENISE M. BARRY and ) CIVIL NO. 05-10528 RCL
JANE B. GREEN, )
)
Plaintiffs, ) ASSENTED-TO MOTION FOR
) EXTENSION OF TIME TO FILE
vs. ) MEMORANDUM IN OPPOSITION
) TO DEFENDANTS' MOTIONS TO
ROBERT J. MORAN; et al, ) DISMISS
)
Defendants. )
)

ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO FILE MEMORANDUM IN OPPOSITION
TO DEFENDANTS' MOTIONS TO DISMISS

COMES NOW Plaintiffs and Defendants, by and through their respective undersigned counsel,

and respectfully moves this honorable court, pursuant to Rule 7 of the Federal Rules of Civil Procedure

and Local Rule 7.1(B)(3), for permission to file its Memorandum in Opposition to Defendants'

Motions to Dismiss on this date. The Motions were served on Plaintiff via U.S. Mail by letter dated 2

May 2005, and for Defendant City of Boston's Amended Motion to Dismiss, by letter dated 3 May

2005. I have spoken to Defendants' counsel and he has indicated that he has no opposition, and

otherwise assents, to such a reasonable extension of time.

Respectfully submitted,

Plaintiffs Denise M. Barry and Jane B. Green
By their attorney,

Thomas F. Feeney (BBO # 645605)
THOMAS F FEENEY, COUNSELLOR AT LAW
39 Sheafe Street, Suite 1
Chestnut Hill, Massachusetts 02467
Tel.: (617) 277-5750

DATED: 19 May 2005

Defendants Robert J. Moran, Paul A.
Christian, William Kessler, William Hitchcock,
and City of Boston Fire Department, By their
attorneys,

James M. Chernetsky (BBO# 638152)
Helen G. Litsas (BBO# 644848)
ASSISTANT CORPORATION COUNSEL
City of Boston Law Department
City Hall, Room 615
Boston, Massachusetts 02201
Tel.: (617) 635-4023