UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE M. BARRY and <br> JANE B. GREEN, <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT J. MORAN; PAUL A. CHRISTIAN; WILLIAM KESSLER; WILLIAM HITCHCOCK; CITY OF BOSTON FIRE DEPARTMENT, and JOHN and/or JANE DOES 1-50, <br><br> Defendants. | CIVIL NO. 05-10528 RCL |

REQUEST FOR ORAL ARGUMENT ON
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
AND
DEFENDANTS CITY OF BOSTON'S, MORAN'S, CHRISTIAN,
HITCHCOCK, AND KESSLER'S MOTIONS TO DISMISS

Plaintiffs Denise M. Barry and Jane B. Green, by and through their undersigned counsel, hereby renew their request for a hearing on their Motion for Preliminary Injunction at the earliest opportunity because of the extraordinary stress of the pervasive and continuing retaliation being perpetrated upon Plaintiff Green. Plaintiffs request also oral argument on the Defendants' Motion to Dismiss if the Court has questions beyond those answered in the pleadings.

Respectfully submitted,
Plaintiffs Denise M. Barry and Jane B. Green
By their attorney,

_____
Thomas F. Feeney, BBO # 645605
THOMAS F FEENEY, COUNSELLOR AT LAW
39 Sheafe Street, Suite 1
Chestnut Hill, Massachusetts  02467
Tel.: (617) 277-5750

DATED: 19 May 2005

CERTIFICATE OF SERVICE

I, Thomas F. Feeney certify that Plaintiffs' Request for Oral Argument was served this date upon counsel for the Defendants, James Cherntetsky, Associate Corporation Counsel, by U.S. Mail, first class postage pre-paid.