UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10528-RCL

DENISE M. BARRY and JANE B. GREEN,
    Plaintiffs,

v.

ROBERT J. MORAN, PAUL A. CHRISTIAN, WILLIAM KESSLER, WILLIAM HITCHOCK, CITY OF BOSTON FIRE DEPARTMENT, and JOHN and/or JANE DOES 1-50.
    Defendants.

**DEFENDANTS' ASSENTED-TO MOTION
TO ENLARGE TIME TO FILE RESPONSIVE PLEADINGS
PURSUANT TO FED.R.CIV.P. 6(B).**

    NOW COME the Defendants, who respectfully move this Honorable Court pursuant to Fed. R. Civ. P. 6(b) for an extension of time to file responsive pleadings. As grounds for his motion, the Defendants state that:

1.     On October 4, 2005, this Court issued an Order denying Defendants' Motions to Dismiss;

2.     Accordingly, Defendants' Answers on behalf of the Defendants are due on October 14, 2005;

3.     Undersigned counsel requires additional time to draft Defendants' Answers to Plaintiffs' lengthy Complaint;

4.     The Plaintiff has assented to the Defendants' request for more time to file such Answers (Rule 7.1 certification included below);

5.     The Defendants request a brief extension until October 21, 2005, to file responses to Plaintiff's Complaint; and,

6.     Allowing this motion will not prejudice any party to the action and permitting the Defendants an extension to file said Answers to Plaintiff's Complaint will further the interests of justice.

WHEREFORE, the Defendants respectfully request that this Honorable Court allow their motion to extend time to file responsive pleadings, and set the date for filing of responsive pleadings on or before October 21, 2005.

Respectfully submitted,

DEFENDANTS WILLIAM KESSLER, WILLIAM HITCHOCK, CITY OF BOSTON FIRE DEPARTMENT, PAUL A. CHRISTIAN, ROBERT J. MORAN, Merita A. Hopkins
Corporation Counsel

By their attorney:

/s/ Helen G. Litsas

_____
Helen G. Litsas
Assistant Corporation Counsel
BBO# 644848
James M. Chernetsky
Assistant Corporation Counsel
BBO# 638152
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4023 (Helen)
(617) 635-4048 (James)

<u>7.1 Certification</u>

  Undersigned counsel certifies that on October 13, 2005, pursuant to LR, D. Mass. 7.1(a)(2), he spoke with Plaintiff's counsel, Thomas Feeney, Esq., who assented to the Defendants request for more time to file responsive pleadings.

| | |
|---|---|
| 10/13/05 | /s/ James Chernetsky |
| Date: _____ | _____ |
| | James Chernetsky, Esq. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of this document was served upon counsel of record for the Plaintiff via U.S. Mail to 39 Sheafe Street, Suite 1, Chestnut Hill, MA 02467.

|  |  |
|---|---|
| 10/13/05 | /s/ Helen G. Litsas |
| Date: _____ | _____ |
|  | Helen G. Litsas, Esq. |