UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10528-RCL

DENISE M. BARRY and JANE
B. GREEN,
    Plaintiffs,

v.

ROBERT J. MORAN, PAUL A.
CHRISTIAN, WILLIAM
KESSLER, WILLIAM
HITCHCOCK, PAUL CHRISTIAN
FIRE DEPARTMENT, and JOHN
and/or JANE DOES 1-50.
    Defendants.

## CERTIFICATION OF DEFENDANT PAUL CHRISTIAN

I, Paul Christian, hereby certify pursuant to Local Rule of Federal Procedure 16.1(D)(3) that I have conferred with counsel:

(a) with a view toward establishing a budget for the costs of conducting the full course - and various courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DEFENDANT, PAUL CHRISTIAN
Merita A. Hopkins
Corporation Counsel
By its attorneys:

/s/ Helen G. Litsas

_____
Paul Christian

James M. Chernetsky, BBO #638152
Helen G. Litsas, BBO#644848
Assistant Corporations Counsel
Paul Christian Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4023 (Litsas)
(617) 635-4048 (Chernetsky)