UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10528-RCL

DENISE M. BARRY and JANE B. GREEN,
    Plaintiffs,

v.

ROBERT J. MORAN, PAUL A. CHRISTIAN, WILLIAM KESSLER, WILLIAM HITCHOCK, PAUL CHRISTIAN FIRE DEPARTMENT, and JOHN and/or JANE DOES 1-50.
    Defendants.

## CERTIFICATION OF DEFENDANT WILLIAM KESSLER

I, William Kessler, hereby certify pursuant to Local Rule of Federal Procedure 16.1(D)(3) that I have conferred with counsel:

(a) with a view toward establishing a budget for the costs of conducting the full course – and various courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                        DEFENDANT, PAUL CHRISTIAN
                                        Merita A. Hopkins
                                        Corporation Counsel
                                        By its attorneys:

                                        /s/ Helen G. Litsas

_____           _____
WILLIAM KESSLER                            James M. Chernetsky, BBO #638152
                                        Helen G. Litsas, BBO#644848
                                        Assistant Corporations Counsel
                                        Paul Christian Law Department
                                        Room 615, City Hall
                                        Boston, MA 02201
                                        (617) 635-4023 (Litsas)
                                        (617) 635-4048 (Chernetsky)