# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CIVIL ACTION NO. 05-10528-RCL

DENISE M. BARRY and JANE
B. GREEN,
    Plaintiffs,

v.

ROBERT J. MORAN, PAUL A.
CHRISTIAN, WILLIAM
KESSLER, WILLIAM
HITCHOCK, PAUL CHRISTIAN
FIRE DEPARTMENT, and JOHN
and/or JANE DOES 1-50.
    Defendants.

## CERTIFICATION OF DEFENDANT ROBERT J. MORAN

I, Robert Moran, hereby certify pursuant to Local Rule of Federal
Procedure 16.1(D)(3) that I have conferred with counsel:

(a)    with a view toward establishing a budget for the costs of
conducting the full course - and various courses - of the
litigation; and

(b)    to consider the resolution of the litigation through the
use of alternative dispute resolution programs such as
those outlined in Local Rule 16.4.

DEFENDANT, ROBERT J. MORAN
Merita A. Hopkins
Corporation Counsel
By its attorneys;

/s/ Helen G. Litsas

_____
James M. Chernetsky, BBO #638152
Helen G. Litsas, BBO#644848
Assistant Corporations Counsel
Paul Christian Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4023 (Litsas)
(617) 635-4048 (Chernetsky)

_____
Robert Moran