UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10528-RCL

DENISE M. BARRY and JANE B. GREEN,
    Plaintiffs,

v.

ROBERT J. MORAN, PAUL A. CHRISTIAN, WILLIAM KESSLER, WILLIAM HITCHOCK, CITY OF BOSTON FIRE DEPARTMENT, and JOHN and/or JANE DOES 1-50.
    Defendants.

**CERTIFICATE OF SERVICE.**

Undersigned counsel hereby certifies that on November 9, 2005, he served true and correct copies of the following documents upon Thomas F. Feeney, Esq., counsel of record for the Plaintiffs, via First Class Mail to 39 Sheafe Street, Suite 1, Chestnut Hill, Massachusetts.

1. Certification of Defendant Paul A. Christian;
2. Certification of Defendant William Kessler; and,
3. Certification of Defendant Robert J. Moran.

11/10/05                                          s/ James M. Chernetsky
_____                        _____
Date