UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE M. BARRY and<br>JANE B. GREEN,<br><br>      Plaintiffs,<br><br>vs.<br><br>ROBERT J. MORAN; PAUL A.<br>CHRISTIAN; WILLIAM KESSLER;<br>WILLIAM HITCHCOCK; CITY OF<br>BOSTON FIRE DEPARTMENT, and<br>JOHN and/or JANE DOES 1-50,<br><br>      Defendants. | CIVIL NO. 05-10528-RCL<br><br>CERTIFICATION OF PLAINTIFF<br>  DENISE M. BARRY |

### CERTIFICATION OF PLAINTIFF DENISE M. BARRY

I, Denise M. Barry, one of the Plaintiffs in the above-entitled action hereby certify, pursuant to the Rule 16.1(D)(3) of the Local Rules of the District Court for the District of Massachusetts that my attorney has conferred with me regarding establishing a budget for the costs of litigation and for consideration of the use of alternative dispute resolution in this matter.

Dated: 10 November 2005

                                                      /s/ Denise M. Barry
                                                      Denise M. Barry