UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE M. BARRY and JANE B. GREEN, | ) CIVIL NO. 05-10528 RCL ) ) |
| Plaintiffs, | ) CERTIFICATION OF PLAINTIFF ) JANE B. GREEN |
| vs. | ) ) |
| ROBERT J. MORAN; PAUL A. CHRISTIAN; WILLIAM KESSLER; WILLIAM HITCHCOCK; CITY OF BOSTON FIRE DEPARTMENT, and JOHN and/or JANE DOES 1-50, | ) ) ) ) ) ) |
| Defendants. | ) ) |

### CERTIFICATION OF PLAINTIFF JANE B GREEN

I, Jane B. Green, one of the Plaintiffs in the above-entitled action hereby certify, pursuant to the Rule 16.1(D)(3) of the Local Rules of the District Court for the District of Massachusetts that my attorney has conferred with me regarding establishing a budget for the costs of litigation and for consideration of the use of alternative dispute resolution in this matter.

Dated: 10 November 2005

*Jane B. Green* (signed)
Jane B. Green