# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE M. BARRY and JANE B. GREEN, | CIVIL NO. 05-10528 RCL |
| Plaintiffs, | AFFIDAVIT OF COUNSEL |
| vs. | |
| ROBERT J. MORAN; PAUL A. CHRISTIAN; WILLIAM KESSLER; WILLIAM HITCHCOCK; CITY OF BOSTON FIRE DEPARTMENT, and JOHN and/or JANE DOES 1-50, | |
| Defendants. | |

### AFFIDAVIT OF COUNSEL
### IN SUPPORT OF PLAINTIFFS' MOTION TO FILE THIRD AMENDED COMPLAINT

I, Thomas F. Feeney, am an attorney duly licensed in the Commonwealth of Massachusetts and the counsel of record for the Plaintiffs in the above-entitled case.

1. Subsequent to the filing of the Second Amended Complaint, it was discovered that many other members of the Boston Fire Department had claims similar to the named Plaintiffs. An additional six of those employees opted to be class representatives.

2. I am informed and believe that there are approximately thirty-five additional class members.

3. In addition, facts that have occurred since the filing of the original complaint are included also, which are consistent with the pattern and practice of political affiliation

discrimination, and retaliation in response to complaint thereto, as set forth herein.

Signed and sworn to under the pains and penalties of perjury this 31st day of March 2006:

_____
Thomas F. Feeney