UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ | |
| DENISE M. BARRY, et al, ) | CIVIL NO. 05-10528 RCL |
| ) | |
| Plaintiffs, ) | |
| ) | ASSENTED-TO MOTION TO |
| vs. ) | SCHEDULE A NEW STATUS |
| ) | CONFERENCE |
| ROBERT J. MORAN; *et al*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ASSENTED-TO MOTION TO SCHEDULE A NEW STATUS CONFERENCE

COMES NOW Plaintiffs and Defendants, by and through their respective undersigned counsel, and respectfully move this honorable court, pursuant to Rule 7 of the Federal Rules of Civil Procedure, for permission to schedule a status conference in order to re-set litigation deadlines.  The Scheduling Conference Order needs revision because of the subsequent filing of the Class Action allegations and the additional six Plaintiffs as set forth in the Amended Complaint, and the substantial additional discovery requirements attendant thereto

Respectfully submitted,

| | |
|---|---|
| Plaintiffs Denise M. Barry, *et al* | Defendants Robert J. Moran,*et al.,* |
| By their attorney, | By their attorney, |
| | |
| _____/s/_ Thomas F. Feeney_____ | _____/s/_Helen G. Litsas_____ |
| Thomas F. Feeney (BBO # 645605) | Helen G. Litsas (BBO# 644848) |
| 39 Sheafe Street, Suite 1 | ASSISTANT CORPORATION COUNSEL |
| Chestnut Hill, Massachusetts  02467 | City of Boston Law Department |
| Tel.: (617) 277-5750 | City Hall, Room 615 |
| | Boston, Massachusetts 02201 |
| DATED: 5 October 2006 | Tel.: (617) 635-4023 |