UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10528-RCL

DENISE M. BARRY and JANE B. GREEN,
    Plaintiffs,

v.

ROBERT J. MORAN, PAUL A. CHRISTIAN, WILLIAM KESSLER, WILLIAM HITCHOCK, CITY OF BOSTON FIRE DEPARTMENT, and JOHN and/or JANE DOES 1-50.
    Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE REFERENCED COURT:

    Please enter my appearance as attorney for the defendants in the above-captioned case.

Respectfully submitted,

DEFENDANT, CITY OF BOSTON
By its attorneys:

William F. Sinnott
Corporation Counsel

DATE: October 24, 2006

/s/ Scott C. Holmes
Scott C. Holmes, BBO#544545
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4042

Case 1:05-cv-10528-RCL  Document 49  Filed 10/24/2006  Page 2 of 2