UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10528-RCL

DENISE M. BARRY and JANE B. GREEN,
      Plaintiffs,

v.

ROBERT J. MORAN, PAUL A. CHRISTIAN, WILLIAM KESSLER, WILLIAM HITCHOCK, CITY OF BOSTON FIRE DEPARTMENT, and JOHN and/or JANE DOES 1-50.
      Defendants.

**DEFENDANTS' ASSENTED-TO MOTION
TO ENLARGE TIME TO FILE RESPONSIVE PLEADINGS
PURSUANT TO FED.R.CIV.P. 6(B) TO PLAINTIFFS' SECOND AMENDED
COMPLAINT**

NOW COME the Defendants, who respectfully move this Honorable Court pursuant to Fed. R. Civ. P. 6(b) for an extension of time to file responsive pleadings. As grounds for his motion, the Defendants state that:

1. Defendants' Answers to Plaintiffs' Second Amended Complaint are due on October 30, 2006;

2. Undersigned counsel requires additional time to draft Defendants' Responsive Pleadings to Plaintiffs' lengthy Second Amended Complaint;

3. The Plaintiff has assented to the Defendants' request for more time to file such Answers (Rule 7.1 certification included below);

4. The Defendants request a brief extension until November 13, 2006, to file responses to Plaintiff's Complaint; and,

5. Allowing this motion will not prejudice any party to the action and permitting the Defendants an extension to file said Answers to Plaintiff's Complaint will further the interests of justice.

WHEREFORE, the Defendants respectfully request that this Honorable Court allow their motion to extend time to file responsive pleadings, and set the date for filing of responsive pleadings on or before November 13, 2006.

        Respectfully submitted,

        DEFENDANTS WILLIAM KESSLER,
        WILLIAM HITCHOCK,CITY OF BOSTON
        FIRE DEPARTMENT, PAUL A.
        CHRISTIAN, ROBERT J. MORAN,

        William F. Sinnott
        Corporation Counsel

        By their attorney:

        /s/ Helen G. Litsas
        _____
        Helen G. Litsas
        Assistant Corporation Counsel
        BBO# 644848
        City of Boston Law Department
        Room 615, City Hall
        Boston, MA 02201
        (617) 635-4023 (Litsas)

## 7.1 Certification

      Undersigned counsel certifies that on October 30, 2006, pursuant to LR, D. Mass. 7.1(a)(2), she spoke with Plaintiff's counsel, Thomas Feeney, Esq., who assented to the Defendants' request for more time to file responsive pleadings.

      10/30/06                                     /s/ Helen G. Litsas
Date: _____                      _____
                                                            Helen G. Litsas, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) on October 30, 2006.

|  |  |
|---|---|
|     10/30/06 | /s/ Helen G. Litsas |
| Date: _____ | _____ |
|  | Helen G. Litsas, Esq. |