UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10528-RCL

| |
|---|
| DENISE M. BARRY and JANE B. GREEN,<br>    Plaintiffs,<br><br>v.<br><br>ROBERT J. MORAN, PAUL A. CHRISTIAN, WILLIAM KESSLER, WILLIAM HITCHOCK,CITY OF BOSTON FIRE DEPARTMENT, and JOHN and/or JANE DOES 1-50.<br>    Defendants. |

## MOTION TO WITHDRAW JAMES M CHERNETSKY AS COUNSEL OF RECORD FOR THE DEFENDANTS

Now come the Defendants and respectfully request that this Honorable Court withdraw the appearance of James M. Chernetsky as counsel of record for all of the Defendants, Robert Moran, William Kessler, Paul Christian, William Hitchcock, and the City of Boston Fire Department, in the above-captioned matter. James M. Chernetsky is no longer employed by the City of Boston.

Respectfully submitted,
DEFENDANTS WILLIAM KESSLER, WILLIAM HITCHOCK,CITY OF BOSTON FIRE DEPARTMENT, PAUL A. CHRISTIAN, ROBERT J. MORAN,
William F. Sinnott
Corporation Counsel
By their attorney:

/s/ Helen G. Litsas
_____
Helen G. Litsas
Assistant Corporation Counsel
BBO# 644848
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4023

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) on November 14, 2006.

|  |  |
|---|---|
| 11/14/06 | /s/ Helen G. Litsas |
| Date: _____ | _____ |
|  | Helen G. Litsas, Esq. |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10528-RCL

DENISE M. BARRY and JANE B. GREEN,
    Plaintiffs,

v.

ROBERT J. MORAN, PAUL A. CHRISTIAN,
WILLIAM KESSLER, WILLIAM HITCHOCK,
CITY OF BOSTON FIRE DEPARTMENT, and
JOHN and/or JANE DOES 1-50.
    Defendants.

NOTICE OF WITHDRAWAL

Kindly withdraw my appearance, James M. Chernetsky, as counsel of record for all of the Defendants in the above-captioned matter.

Respectfully submitted,
FOR THE DEFENDANTS,
by the attorneys:

William F. Sinnott
Corporation Counsel

By:  /s/ James M. Chernetsky

James M. Chernetsky, BBO#638152
Assistant Corporation Counsel
City of Boston Law Department
Room 615, Boston City Hall
Boston, Massachusetts 02201
(617) 635-4048

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party per ECF.

11/14/06    /s/ Helen G. Litsas
Date    Helen G. Litsas