UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE M. BARRY and <br> JANE B. GREEN, <br>           Plaintiffs, <br>     vs. <br> ROBERT J. MORAN; *et al*, <br>           Defendants. | ) CIVIL NO. 05-10528 RCL <br> ) <br> ) ASSENTED-TO MOTION FOR <br> ) EXTENSION OF TIME TO FILE <br> ) THIRD AMENDED COMPLAINT <br> ) <br> ) <br> ) <br> ) |

ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO FILE THIRD AMENDED COMPLAINT

    COMES NOW Plaintiffs and Defendants, by and through their respective undersigned counsel, and respectfully moves this honorable court, pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Rule 7.1(B)(3), for permission to extend the deadline for filing the Plaintiffs Third Amended Complaint by one week, with the new deadline being 8 December 2006. I have spoken to Defendants' counsel and she has indicated that her client has no opposition, and otherwise assents, to such a reasonable extension of time.

                      Respectfully submitted,

| | |
|---|---|
| Plaintiffs Denise M. Barry and Jane B.Green <br> By their attorney, <br><br>      /s/ Thomas F. Feeney <br> Thomas F. Feeney (BBO # 645605) <br> THOMAS F FEENEY, COUNSELLOR AT LAW <br> 39 Sheafe Street, Suite 1 <br> Chestnut Hill, Massachusetts 02467 <br> Tel.: (617) 277-5750 <br><br> DATED: 1 December 2006 | Defendants Robert J. Moran, Paul A. Christian, William Kessler, William Hitchcock, and City of Boston Fire Department, By their attorneys, <br><br>      /s/ Helen G. Litsis <br> Helen G. Litsas (BBO# 644848) <br> ASSISTANT CORPORATION COUNSEL <br> City of Boston Law Department <br> City Hall, Room 615 <br> Boston, Massachusetts 02201 <br> Tel.: (617) 635-4023 |