UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10528-RCL

| | |
|---|---|
| DENISE M. BARRY, JANE B. GREEN, LILA BROWN, ELIZABETH GOLDEN, ELAINE MESITI, MARY KANE, JUDITH KELLEY, PATRICIA MCDONOUGH<br>          Plaintiffs,<br><br>v.<br><br>ROBERT J. MORAN, PAUL A. CHRISTIAN, WILLIAM KESSLER, WILLIAM HITCHCOCK, CITY OF BOSTON FIRE DEPARTMENT, RONALD KEATING, RODERICK FRASER, and JOHN and/or JANE DOES 1-50.<br>          Defendants. | |

**JOINT MOTION TO EXTEND CONDUCT CLASS CERTIFICATION DISCOVERY DEADLINES AND STATUS CONFERENCE**

NOW COME the parties to respectfully move for an extension of time to conduct class certification discovery and an adjustment to the current class action certification schedule. As grounds for his motion, the Defendants state that:

1. The deadline for completing class certification discovery is February 15, 2007.
2. The parties have been working cooperatively to prepare the case and resolve discovery issues.
3. The parties have been actively engaging in discovery on the class certification issue. Written discovery and deposition notices have also been served.
4. However, with respect to the scheduling of depositions, counsel have unavoidable scheduling conflicts, including court appearances that

require counsel's extended absence out of state and conflicting trial dates, throughout the month of January and through the middle of February that will prevent the parties from completing these depositions and discovery by February 15, 2007.

5. Accordingly, the parties request a thirty (30) day extension for completion of class action certification discovery and respectfully request that the Court set the deadline for class action certification to March 15, 2007.

6. Additionally, the parties request that the other class action certification deadlines be adjusted and they propose the following schedule:

| | |
|---|---|
| Class discovery deadline | 3/15/2007 |
| Status Conference | 3/2/07 |
| Motion for class certification due by | 4/1/2007 |
| Response to motion for class certification due by | 4/22/07 |

7. Allowing this motion will not prejudice any party to the action and permitting the parties to complete class certification discovery will further the interests of justice.

WHEREFORE, the parties respectfully request that this Honorable Court allow their motion to extend time to conduct class certification discovery.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFFS DENISE M. BARRY and JANE B. GREEN, et. al. | DEFENDANTS WILLIAM KESSLER, WILLIAM HITCHCOCK, et. al. |
| | William F. Sinnott<br>Corporation Counsel |
| By their attorney: | By their attorney: |
| /s/ Thomas F. Feeney<br>_____<br>Thomas F. Feeney BBO# 645605<br>THOMAS F. FEENEY, COUNSELOR AT LAW<br>39 Sheafe Street, Suite 1<br>Chestnut Hill, MA 02467<br>(617) 277-5750 | /s/ Helen G. Litsas<br>_____<br>Helen G. Litsas  BBO# 644848<br>Senior Assistant Corporation Counsel<br>Scott Holmes BBO #544545<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>(617) 635-4023 (Litsas)<br>(617) 635-4042 (Holmes) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of this document was served upon all counsel of record via Electronic Filing.

|  |  |
|---|---|
| 1/12/07<br>Date: _____ | /s/ Helen G. Litsas<br>_____<br>Helen G. Litsas, Esq. |