UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10528-RCL

| |
|---|
| DENISE M. BARRY, JANE B. GREEN, LILA BROWN, ELIZABETH GOLDEN,ELAINE MESITI,MARY KANE,JUDITH KELLEY, PATRICIA MCDONOUGH <br>     <u>Plaintiffs</u>, <br><br> v. <br><br> ROBERT J. MORAN, PAUL A. CHRISTIAN, WILLIAM KESSLER, WILLIAM HITCHCOCK,CITY OF BOSTON FIRE DEPARTMENT, RONALD KEATING, RODERICK FRASER, and JOHN and/or JANE DOES 1-50. <br>     <u>Defendants</u>. |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE REFERENCED COURT:

    Kindly withdraw my appearance as counsel of record for all of the Defendants in the above-captioned matter.

| | |
|---|---|
| **<u>CERTIFICATE OF SERVICE</u>** | Respectfully submitted, |
| **I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.** | DEFENDANT, CITY OF BOSTON <br> By its attorneys: <br><br> William F. Sinnott <br> Corporation Counsel |
| 3/18/07 <br> _____    <u>/s/ Helen G. Litsas</u> <br> **Date**    **Helen G. Litsas** | /s/ Helen G. Litsas <br> _____ <br> Helen G. Litsas, BBO#  644848 <br> Senior Assistant Corporation Counsel <br> City of Boston Law Department <br> Room 615, City Hall <br> Boston, MA 02201 <br> (617) 635-4023 |

L-0115/hglnow.doc