UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10528-RCL

DENISE M. BARRY, JANE B. GREEN, LILA BROWN, ELIZABETH GOLDEN, ELAINE MESITI, MARY KANE, JUDITH KELLEY, PATRICIA MCDONOUGH
<u>Plaintiffs</u>,

v.

ROBERT J. MORAN, PAUL A. CHRISTIAN, WILLIAM KESSLER, WILLIAM HITCHCOCK, CITY OF BOSTON FIRE DEPARTMENT, RONALD KEATING, RODERICK FRASER, and JOHN and/or JANE DOES 1-50.
<u>Defendants</u>.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE REFERENCED COURT:

Kindly enter my appearance as counsel of record for all of the Defendants in the above-captioned matter.

| | |
|---|---|
| **<u>CERTIFICATE OF SERVICE</u>** | Respectfully submitted, |
| **I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.** | DEFENDANT, CITY OF BOSTON<br>By its attorneys:<br><br>William F. Sinnott<br>Corporation Counsel |
| 3/20/07<br>_____   /s/ Karen A. Glasgow<br>**Date            Karen A. Glasgow** | /s/ Karen A. Glasgow<br>_____<br>Helen G. Litsas, BBO# 648688<br>Senior Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>(617) 635-3238 |