UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____
| DENISE M. BARRY, et al, | ) CIVIL NO. 05-10528 RCL |
|---|---|
| Plaintiffs, | ) |
| vs. | ) ASSENTED-TO MOTION TO SCHEDULE A NEW STATUS CONFERENCE |
| ROBERT J. MORAN; *et al*, | ) |
| Defendants. | ) |
_____

ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR CLASS CERTIFICATION AND OPPOSITION THERETO

COMES NOW Plaintiffs and Defendants, by and through their respective undersigned counsel, and respectfully moves this honorable court, pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Rule 7.1(B)(3), for a three-day extension to file Plaintiffs' Motion for Class Certification (to Friday, 3 August 2007) and Defendants' Opposition (to 3 September 2007) thereto.  I have spoken to Defendants' counsel Karen Glasgow and she has indicated that she has no opposition, and otherwise assents, to this brief extension of time to accommodate the timing and amount of discovery generated in this case..

Respectfully submitted,

| Plaintiffs Denise M. Barry, *et al* | Defendants Robert J. Moran,*et al.,* |
|---|---|
| By their attorney, | By their attorney, |
| _____/s/_ Thomas F. Feeney_____ | _____/s/_Karen A. Glasgow_____ |
| Thomas F. Feeney (BBO # 645605) | Karen A. Glasgow (BBO# 648688) |
| 39 Sheafe Street, Suite 1 | ASSISTANT CORPORATION COUNSEL |
| Chestnut Hill, Massachusetts  02467 | City of Boston Law Department |
| Tel.: (617) 277-5750 | City Hall, Room 615 |
|  | Boston, Massachusetts 02201 |
| DATED: 31 July 2007 | Tel.: (617) 635-4023 |