UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10528-RCL

DENISE M. BARRY; JANE B. GREEN; ELIZABETH H. GOLDEN; PATRICIA J. MCDONOUGH; ELAINE MESITI, LILA BROWN; MARY M. KANE, and JUDITH A. KELLEY, individually and on behalf of all those similarly situated,
    Plaintiffs,

v.

ROBERT J. MORAN, PAUL A. CHRISTIAN, WILLIAM KESSLER, RONALD KEATING, JOSEPH FINN, WILLIAM HITCHCOCK, CITY OF BOSTON FIRE DEPARTMENT, and JOHN and/or JANE DOES 1-50.
    Defendants.

## ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Now come the Defendants, with the Plaintiffs' assent, and respectfully move this Honorable Court, pursuant to Fed.R.Civ.P. 7 and Local Rule 7.1(B)(3), for an extension of three days (extend time from September 4, 2007 to September 7, 2007) to file Defendants' Opposition to Plaintiffs' Motion for Class Certification. I have spoken to Attorney Thomas Feeney, counsel for Plaintiffs, and he indicated that he has no opposition and therefore assents to this brief extension.

| | |
|---|---|
| PLAINTIFFS, Denise Barry, et al<br>By their attorney: | DEFENDANTS, Robert J. Moran et al<br>By their attorney: |
| /s/ Thomas F. Feeney<br>Thomas F. Feeney, BBO # 645605<br>39 Sheafe Street, Suite 1<br>Chestnut Hill, MA 02467<br>617-277-5750 | /s/ Karen A. Glasgow<br>Karen A. Glasgow, BBO#648688<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>(617) 635-3238 |

Date: August 30, 2007