CERTIFICATE OF SERVICE

    I hereby certify that Defendants' Opposition to Plaintiffs' Motion for Class Certification was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 7, 2007.

                                          /s/ Scott C. Holmes
                                          Scott C. Holmes