UNITED STATES DISTRICT COURT
DISTRICT of MASSACHUSETTS

DENISE M. BARRY, et al
    Plaintiffs

v.                                  C.A. No: 05-10528 RCL

ROBERT J. MORAN, et al
    Defendants

## NOTICE OF APPEARANCE

TO the clerk of the above-named court,

Kindly enter my appearance as co-counsel on behalf of the PLAINTIFFS in the above-captioned matter.

                                                Respectfully submitted,

                                                /s/ Paul J. Anthony
                                                Paul J. Anthony
                                                BBO#630872
                                                92 Montvale Ave.
                                                Suite 2100
                                                Stoneham, MA 02180
                                                781-438-0555
                                                email: paul@paulanthonylaw.com

Dated: 11/13/06