UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10528-RCL

DENISE M. BARRY, JANE B. GREEN, LILA BROWN, ELIZABETH GOLDEN, ELAINE MESITI, MARY KANE, JUDITH KELLEY, PATRICIA MCDONOUGH
  Plaintiffs,

v.

ROBERT J. MORAN, PAUL A. CHRISTIAN, WILLIAM KESSLER, WILLIAM HITCHCOCK, CITY OF BOSTON FIRE DEPARTMENT, RONALD KEATING, RODERICK FRASER, and JOHN and/or JANE DOES 1-50.
  Defendants.

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE REFERENCED COURT:

  Kindly withdraw my appearance as counsel of record for all of the Defendants in the above-captioned matter.

| | |
|---|---|
| **CERTIFICATE OF SERVICE** | Respectfully submitted, |
| **I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by ECF.** | DEFENDANTS, MORAN, CHRISTIAN, HITCHCOCK, KESSLER, CITY OF BOSTON, KEATING, ANDSER<br>By its attorneys: |
| 12/20/07 | William F. Sinnott<br>Corporation Counsel |
| _____  /s/ Karen A. Glasgow<br>**Date**  **Karen A. Glasgow** | /s/ Karen A. Glasgow<br>_____<br>Karen A. Glasgow BBO#  648688<br>Senior Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>(617) 635-3238 |