UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DENISE M. BARRY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 05-10528-RCL |
| ROBERT J. MORAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **SCHEDULING ORDER**

Following a status conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. The parties shall comply with the following schedule:

    a. Any motions to amend the pleadings shall be filed by **June 20, 2008**.

    b. By **October 15, 2008**, the parties shall make any expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2). Any expert discovery shall be completed by **December 15, 2008**.

    c. The parties shall serve any written discovery requests by **November 1, 2008**.

    d. Any motions to compel shall be filed by **November 15, 2008**.

    e. The parties shall complete all fact discovery by **December 15, 2008**.

    f. The parties shall file any motions for summary judgment pursuant to Fed. R. Civ. P. 56 by **February 15, 2009**.

    g. Any concise statement of material facts that is filed pursuant to Local Rule 56.1 in opposition to a motion for summary judgment shall include numbered paragraphs admitting or denying, paragraph by paragraph, the facts contained in the moving party's concise

statement of material facts.

2. The next status conference shall take place on **December 15, 2008 at 2:30 p.m.** in Courtroom #15 on the 5th floor. At that time, the parties shall be prepared to discuss:

>   (i)   the status of the case;
>   (ii)  scheduling for the remainder of the case through trial;
>   (iii) the use of alternative dispute resolution ("ADR") programs; and
>   (iv)  consent to trial before the Magistrate Judge.

3. The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 2 above. With respect to the use of ADR and having the matter tried by a Magistrate Judge, the parties shall indicate whether an agreement has been reached, but shall not identify their respective positions.

        / s / Judith Gail Dein
        Judith Gail Dein
DATED: May 21, 2008        United States Magistrate Judge